IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAUN BROWN : CIVIL ACTION
:
v. : No. 08-4259
:
MONTGOMERY COUNTY, et al. :

## **ORDER**

AND NOW, this 24th day of February, 2010, Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 20) is GRANTED in part and DENIED in part. Defendants' Motion is DENIED as to Brown's 42 U.S.C. § 1983 claim in Count II, which is premised on an alleged procedural due process violation in deprivation of his liberty interest in his reputation. The remainder of Defendants' Motion is GRANTED. Counts I, III, and the portion of Count II in which Brown alleges a § 1983 claim premised on a procedural due process violation in deprivation of a property interest, are DISMISSED with prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.