IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 08-4259 |
| | : | |
| MONTGOMERY COUNTY, et al. | : | |

## **ORDER**

AND NOW, this 31st day of March, 2011, it is ORDERED Plaintiff Shaun Brown's Motion for Partial Summary Judgment (Document 40) is DENIED.

It is further ORDERED Defendants' Motion for Summary Judgment (Document 42) is GRANTED. Judgment is entered in favor of Defendants and against Brown.

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.